IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JONES, | 1:05-cv-01091-OWW-SMS-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS & RECOMMENDATION |
| vs. | (Doc. 9.) |
| A. WOIFE, et al., | ORDER DISMISSING ACTION WITH PREJUDICE FOR FAILURE TO STATE A CLAIM |
| Defendants. | ORDER DIRECTING CLERK TO CLOSE CASE |

     Michael Jones ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

     On August 21, 2008, findings and a recommendation were entered, recommending that this action be dismissed with prejudice based on plaintiff's failure to state a claim upon which relief may be granted under section 1983. Plaintiff was provided an opportunity to file objections to the findings and recommendation within thirty days. To date, plaintiff has not filed objections or otherwise responded to the findings and recommendation.

     In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case. Having carefully reviewed the entire

1

file, the court finds the findings and recommendation to be supported by the record and proper analysis.

    Accordingly, THE COURT HEREBY ORDERS that:

    1.  The Findings and Recommendation issued by the Magistrate Judge on August 21, 2008, are adopted in full;

    2.  This action is dismissed with prejudice, based on plaintiff's failure to state a claim upon which relief may be granted under section 1983; and

    3.  The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

**Dated: October 6, 2008**      /s/ Oliver W. Wanger
                   UNITED STATES DISTRICT JUDGE

2